1  JAMES D. BOYLE, ESQ.
   Nevada Bar No. 08384
2  E. DEREK JAMISON, ESQ.
   Nevada Bar No. 11613
3  SANTORO, DRIGGS, WALCH,
   KEARNEY, HOLLEY & THOMPSON
4  400 South Fourth Street, Third Floor
   Las Vegas, Nevada 89101
5  Telephone:    702/791-0308
6  Facsimile:    702/791-1912
   Email:        jboyle@nevadafirm.com
7                djamison@nevadafirm.com

8  *Attorneys for Blue String Ventures, Inc.*

9

10              UNITED STATES DISTRICT COURT

11                   DISTRICT OF NEVADA

12  BLUE STRING VENTURES, INC., a Nevada
    corporation,
13                                              CASE NO.:   2:10-cv-01591
                  Plaintiff,
14
                                                **STIPULATION AND
15       v.                                     ORDER REGARDING ELECTRONIC
                                                SERVICE OF DOCUMENTS**
16  CASH AMERICA INTERNATIONAL, INC.,
    d/b/a CashNetUSA, a Texas corporation,
17
                  Defendant.
18

19       In order to facilitate the expeditious and economical service of documents in this action,

20  the parties hereby stipulate to the following pursuant to LR 7-1 and LR 77-1:

21       1.      In addition to other approved forms of service, the parties may serve discovery

22  and other papers by e-mail provided that:

23              a.      E-mail service shall be made on at least two e-mail addresses designated

24  in writing by each respective party for receipt of service by that party;

25              b.      Items served by e-mail shall be in the same format (*i.e.* converted .pdf) for

26  submitted documents specified in the Court's ECF requirements;

27              c.      The party serving items shall confirm such service by providing a faxed

28  proof of service on the same date as the e-mail service; and

- 1 -

08822-01/676205.doc



        d.    E-mail service for a particular date shall be considered effective on that date if transmitted before 6:00 p.m. (Pacific) on that date.

    2.    The parties shall continue to comply with the Court's ECF requirements with regard to all items filed or lodged with the Court.

THE PARTIES STIPULATE to the foregoing through their undersigned counsel.

DATED:  December 23, 2010　　　　　　　　　　DATED:  December 23, 2010

**SANTORO, DRIGGS, WALCH,**　　　　　　　　**KAEMPFER CROWELL RENSHAW**
**KEARNEY, JOHNSON & THOMPSON**　　　　**GRONAUER & FIORENTINO**

/s/ James D. Boyle　　　　　　　　　　　　　　　/s/ Lisa J. Zastrow
JAMES D. BOYLE, ESQ.　　　　　　　　　　　PETER C. BERNHARD, ESQ.
Nevada Bar No. 08384　　　　　　　　　　　　Nevada Bar No. 00734
E. DEREK JAMISON, ESQ.　　　　　　　　　LISA J. ZASTROW, ESQ.
Nevada Bar No. 11613　　　　　　　　　　　　Nevada Bar No. 09727
400 South Fourth Street, Third Floor　　　　　8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89101　　　　　　　　　　Las Vegas, Nevada 89113

*Attorneys for Plaintiff Blue String Ventures,*　　*Attorneys for Defendant Cash America*
*Inc.*　　　　　　　　　　　　　　　　　　　　　　　*International, Inc.*

### ORDER

The Court hereby ORDERS that the parties stipulation regarding e-mail service set forth above is adopted and binding upon the parties in this matter.

IT IS SO ORDERED.

DATED: _ December 27, 2010.

_____
UNITED STATES DISTRICT JUDGE/

08822-01/676205.doc