UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

BLUE STRING VENTURES, INC., a Nevada corporation,

    Plaintiff,

vs.

CASH AMERICA INTERNATIONAL, INC., d/b/a CashNetUSA, a Texas corporation

    Defendant.

2:10-01591-CV-PMP-LRL

**ORDER**

        On July 7, 2011, this Court entered an Order (Doc. #38) scheduling a hearing for August 29, 2011 to consider arguments regarding Defendant's Motion for Summary Judgment (Doc. #20), and Plaintiff's Motion to Stay Adjudication of Defendant's Motion for Summary Judgment and for Leave to File Supplemental Evidence (Doc. #35).

        On July 15, 2011, Defendant filed an Opposition to Plaintiff's Motion to Stay Adjudication (Doc. #39). Having further reviewed Plaintiff's Motion to Stay (Doc. #35) and Defendant's Opposition (Doc. #39), and good cause appearing,

///

///

///

**IT IS ORDERED that** Plaintiff's Motion to Stay Adjudication of Defendant's Motion for Summary Judgment and for Leave to File Supplemental Evidence (Doc. #35) is **GRANTED** to the extent that Plaintiff shall file its supplemental opposition to Defendant's Motion for Summary Judgment (Doc. #20) not later than **Thursday, August 4, 2011**.

**IT IS FURTHER ORDERED that** Defendant shall file any response to Plaintiff's supplemental filing not later than **Monday, August 15, 2011**.

**IT IS FURTHER ORDERED that** the Court will hear argument on Defendant's Motion for Summary Judgment (Doc. #20) as previously scheduled on **August 29, 2011, at 10:30 A.M**.

DATED: July 19, 2011.

_____
PHILIP M. PRO
United States District Judge