# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BLUE STRING VENTURES, INC., | Case No. 2:10-CV-01591-PMP-LRL |
| Plaintiff, | |
| v. | **ORDER** |
| CASH AMERICA INTERNATIONAL, INC., | |
| Defendant. | |

The Court having read and considered Defendant's fully briefed Motion for Summary Judgment (Doc. #20) filed May 12, 2011, and the arguments of counsel presented at the hearing conducted August 29, 2011, and finding that there remain genuine issues of material fact with regard to Plaintiff's claims for breach of contract (First Claim for Relief) and breach of the covenant of good faith and fair dealing (Second Claim for Relief),

**IT IS ORDERED** that Defendant's Motion for Summary Judgment (Doc. #20) is **DENIED**.

**IT IS FURTHER ORDERED** that the Parties shall file a joint pretrial order not later than **October 20, 2011**.

Dated: September 6, 2011.

_____
Philip M. Pro
United States District Judge