UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BLUE STRING VENTURES, INC., ) <br> ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs ) <br> ) <br> CASH AMERICA INTERNATIONAL, ) <br> INC., ) <br> ) <br> Defendant(s). ) <br> _____ ) | Case # 2:10-CV-1591-PMP-GWF <br><br> ORDER REFERRING CASE FOR <br> SETTLEMENT CONFERENCE |

This case is currently stacked on the calendar on **Tuesday, May 8, 2012,** for a Court Trial

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **George W. Foley** for a settlement conference.

DATED this 9th day of January, 2012.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE