UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BLUE STRING VENTURES, INC., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs ) | Case # 2:10-CV-1591-PMP-GWF |
| ) | |
| CASH AMERICA INTERNATIONAL, ) INC., ) | |
| ) | ORDER REFERRING CASE FOR |
| Defendant(s). ) | SETTLEMENT CONFERENCE |
| ) | |

This case is currently stacked on the calendar on **Tuesday, May 8, 2012,** for a Court Trial

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **George W. Foley** for a settlement conference.

DATED this 9th day of January, 2012.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE