JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
KIMBERLY J. COOPER, ESQ.
Nevada Bar No. 09533
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308
Facsimile:   702/791-1912
Email:       jboyle@nevadafirm.com
             kcooper@nevadafirm.com

*Attorneys for Blue String Ventures, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BLUE STRING VENTURES, INC., a Nevada corporation,<br><br>            Plaintiff,<br><br>v.<br><br>CASH AMERICA INTERNATIONAL, INC., d/b/a CashNetUSA, a Texas corporation,<br><br>            Defendant. | CASE NO.:   2:10-cv-01591-PMP-(GWF)<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1) and L.R. 7-1, and in accordance with the terms of a Settlement Agreement, Plaintiff Blue String Ventures, Inc. and Defendant Cash America International, Inc. (individually, a "Party", and collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate to the dismissal of all claims alleged in this action with prejudice.

///

///

///

///

///

///

///

08822-01/872354.doc

Each Party shall bear its own attorneys' fees and costs incurred in this action.

In accordance with the terms of the Settlement Agreement executed by and between the Parties, this Court shall retain jurisdiction to enforce the Settlement Agreement, if necessary.

Dated this 5th day of April, 2012.

| | |
|---|---|
| **SANTORO, DRIGGS, WALCH,** | **LEWIS AND ROCA, LLP** |
| **KEARNEY, HOLLEY & THOMPSON** | |
| | |
| _____ | _____ 9/5/12 |
| JAMES D. BOYLE, ESQ. | DAN R. WAITE, ESQ. |
| Nevada Bar No. 08384 | Nevada Bar No. 004078 |
| KIMBERLY J. COOPER, ESQ. | 3993 Howard Hughes Parkway, #600 |
| Nevada Bar No. 09533 | Las Vegas, Nevada 89169 |
| 400 South Fourth Street, Third Floor | |
| Las Vegas, Nevada 89101 | *Attorneys for Cash America International, Inc.* |
| *Attorneys for Blue String Ventures, Inc.* | |

IT IS SO ORDERED.

DATED this 6th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

08822-01/872354.doc